THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| INLAND TECHNOLOGY INCORPORATED,<br><br>                Plaintiff,<br><br>   v.<br><br>ALLEN COMPANY INC.,<br><br>                Defendant. | Case No. 3:24-cv-05913-BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Note on Motion Calendar:<br>December 3, 2024 |

    Upon consideration of Defendant The Allen Company, Inc.'s Stipulated Motion for Extension of Time to Respond to Complaint, IT IS HEREBY ORDERED THAT this Motion is GRANTED. Defendants must respond to the Complaint on or before January 17, 2025.

    SO ORDERED THIS 4th day of December, 2024.

_____
THE HONORABLE BENJAMIN H. SETTLE

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 3:24-cv-05913-BHS

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

100276280.1

1  Presented by:

2  **POLSINELLI PC**

3  By:  */s/ Emily McNally*
Emily McNally, WSBA #60710
4  1000 Second Avenue, Suite 3500
Seattle, WA 98104
5  Tel: 206-393-5400
Fax: 206-393-5401
6  Email: emcnally@polsinelli.com

7  *Attorneys for Defendant The Allen Company, Inc.*